# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUGARTOWN WORLDWIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAIZHOU BEAUTY DREAM TRADING CO., LTD., et al.,<br><br>Defendants. | Case No. 19-cv-07460<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sugartown Worldwide LLC ("Plaintiff" or "Lilly Pulitzer") hereby dismisses this action with prejudice as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| BLANKSDROPSHIP Store | 4 |

Dated this 28th day of February 2020.    Respectfully submitted,

/s/ RiKaleigh C. Johnson
Justin R. Gaudio
Amy C. Ziegler
RiKaleigh C. Johnson
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
jgaudio@gbc.law
aziegler@gbc.law
johnson@gbc.law

*Counsel for Plaintiff Sugartown Worldwide LLC*